**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CLESTER BILLS                                                                    PLAINTIFF


V.                                    NO: 4:16CV00192 SWW

STATE OF OKLAHOMA                                                      DEFENDANT

## ORDER

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district.  However, from the facts alleged and the Defendant named, it appears that venue properly lies in the Northern District of Oklahoma.  *See* 28 U.S.C. §1391(b).  Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Northern District of Oklahoma.  *See* 28 U.S.C. § 1406(a)("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to IMMEDIATELY TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the Northern District of Oklahoma.

DATED this 29th day of April, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE